IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-mj-00038-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. THOMAS G. MOORE,

        Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce THOMAS G. MOORE before a United States Magistrate Judge in Grand Junction, Colorado, on November 2, 2015 at 9:00 a.m. for proceedings and appearances upon the charge in the misdemeanor Information, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 26 day of October, 2015.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

1